**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Ave., 3rd Fl
Palo Alto, California 94301
Tel: (619) 915-9432
Fax: (650) 618-0478

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG, LLP**
Rick L. Shackelford (SBN 151262)
*shackelfordr@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-3878
Fax: (310) 586-7800

*Attorneys for Defendant, For Life Products, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| THOMAS IGLESIAS, DAVID SALAZAR, OLIVIA THURMAN, and BETHANY TORBERT individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOR LIFE PRODUCTS, LLC,<br><br>Defendant. | Case No. 3:21-cv-01147-TSH<br>Action Filed: February 16, 2021<br>FAC Filed: June 1, 2021<br>Judge: *Hon. Thomas Hixson*<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order Vacating CMC and Setting Motion Deadline, filed February 3, 2022 (ECF 30), Plaintiffs Thomas Iglesias, David Salazar, Olivia Thurman, and Bethany Torbert ("**Plaintiffs**") and Defendant For Life Products, LLC ("**Defendant**") (collectively, the "**Parties**") submit this Joint Status Report.

**Uncertainty re: Required Status Report.** At the time the Court entered the February 3, 2022 order, the deadline to file Plaintiffs' motion for class certification was May 11, 2022. Order, 2/3/2022 (ECF 30); Scheduling Order, 5/17/2021 (ECF 20). Subsequently, on March 2, 2022, the Court entered the Stipulated First Amended Case Management Scheduling Order, which continued the May 11, 2022 deadline to August 9, 2022 (approximately 3 months). ECF 32. As such, the Parties are uncertain of whether the Court requires a joint status report. However, the Parties file this report out of an abundance of caution.

**Status Discovery/Class Certification.** Currently, the Parties are engaged in discovery and anticipate that, with good faith efforts and reasonable cooperation, they can complete discovery prior to the August 9, 2022 class certification deadline. In the event that any Party determines it is necessary to adjust the current scheduling order, the Parties will meet and confer and address that need with the Court when it is appropriate.

Dated: May 11, 2022

**CLARKSON LAW FIRM, P.C.**

By: /s/ Katherine A. Bruce
RYAN J. CLARKSON
KATHERINE A. BRUCE
KELSEY J. ELLING

**MOON LAW APC**
CHRISTOPHER D. MOON
KEVIN O. MOON

*Attorneys for Plaintiffs*

DATED: May 11, 2022

**GREENBERG TRAURIG, LLP**
By: /s/ Rick L. Shackelford
RICK L. SHACKELFORD

*Attorneys for Defendant*

## **ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 11, 2022                             By: */s/ Katherine A. Bruce*
                                                                    Katherine A. Bruce

                                                                    *Attorney for Plaintiff*