FILED

Oct 17 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, DAVID SALAZAR, OLIVIA THURMAN, and BETHANY TORBERT individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOR LIFE PRODUCTS, LLC,<br><br>Defendant. | Case No. 3:21-cv-01147-TSH<br>Action Filed: February 16, 2021<br>FAC Filed: June 1, 2021<br><br>Judge: *Hon. Thomas Hixson*<br><br>**STIPULATED [P~~ROPOSED~~] THIRD AMENDED SCHEDULING ORDER** |

The Court, having considered Plaintiffs Thomas Iglesias, David Salazar, Olivia Thurman, and Bethany Torbert's ("**Plaintiffs**") and Defendant For Life Products, LLC's ("**Defendant**") (collectively, the "**Parties**") Stipulation to Modify the Second Amended Scheduling Order, and all relevant papers on file herein, hereby finds goods cause shown and further ORDERS the dates set forth in the Stipulated Second Amended Case Management Scheduling Order, filed July 28, 2022 (ECF 32) continued approximately 120 days to the dates set forth in the schedule attached hereto.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 17, 2022

_____
HON. THOMAS S. HIXSON
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| THIRD AMENDED CASE MANAGEMENT SCHEDULING ORDER | | |
|---|---|---|
| Event | Prior Date (ECF 35) | Continued Date |
| Deadline to File Plaintiffs' Motion for Class Certification | Tuesday, November 8, 2022 | **Friday, March 10, 2023** |
| Deadline to Complete Depositions & Document Production for Plaintiffs' Experts who Submit Declarations in Support of Class Certification | Thursday, December 8, 2022 | **Monday, April 11, 2023**<br><br>[Approx. 30 days after filing motion for class certification] |
| Deadline to File Defendant's Opposition and any related *Daubert* motions to Plaintiffs' Motion for Class Certification | Tuesday, January 17, 2023 | **Wednesday, May 10, 2023**<br><br>[Approx. 60 days after filing motion for class certification] |
| Deadline to Complete Depositions & Document Production for Defendant's Expert(s) who Submit(s) Declaration(s) in Opposition to Class Certification | Thursday, February 16, 2023 | **Friday, June 9, 2023**<br><br>[Approx. 30 days after filing opposition to motion for class certification] |
| Deadline to File Plaintiffs' Reply to Defendant's Opposition to Class Certification and File Opposition to Defendant's related *Daubert* motions | Tuesday, March 28, 2023 | **Tuesday, August 8, 2023**<br><br>[Approx. 60 days after filing opposition to motion for class certification] |
| Deadline to File Defendant's Opposition to Plaintiffs' *Daubert* motions | Thursday, April 27, 2023 | **Thursday, September 7, 2023**<br><br>[Approx. 30 days after filing Plaintiff's *Daubert* motions] |
| Deadline to File Plaintiff and Defendant's Reply to *Daubert* motions | Thursday, May 11, 2023 | **Thursday, September 21, 2023**<br><br>[Approx. 14 days after Defendant's opposition to Plaintiff's *Daubert* motions] |
| Class Certification Hearing | Thursday, June 15, 2023 at 10:00 a.m. | **Thursday, October 26, 2023, at 10:00 a.m.**<br><br>[Approx. 30 days after Briefing Complete] |

| THIRD AMENDED CASE MANAGEMENT SCHEDULING ORDER | | |
|---|---|---|
| Event | Prior Date (ECF 35) | Continued Date |
| Deadline for Parties to Submit Joint Report re: Further Scheduling Order | 21 days after Court's Ruling on Class Certification | 21 days after Court's Ruling on Class Certification |