FILED

Mar 01 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, DAVID SALAZAR, OLIVIA THURMAN, and BETHANY TORBERT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOR LIFE PRODUCTS, LLC,<br><br>Defendant. | Case No. 3:21-cv-01147-TSH<br>Action Filed: February 16, 2021<br>FAC Filed: June 1, 2021<br><br>Judge: *Hon. Thomas Hixson*<br><br>**STIPULATED [PROPOSED] AMENDED SCHEDULING ORDER** |

The Court, having considered Plaintiffs Thomas Iglesias, David Salazar, Olivia Thurman, and Bethany Torbert's ("**Plaintiffs**") and Defendant For Life Products, LLC's ("**Defendant**") (collectively, the "**Parties**") Stipulation to Modify the Current Scheduling Order, and all relevant papers on file herein, hereby finds goods cause shown and further ORDERS the dates set forth in the Stipulated Third Amended Case Management Scheduling Order, filed October 17, 2022 (ECF 37) continued approximately 120 days to the dates set forth in the schedule attached hereto.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 1, 2023

HON. THOMAS S. HIXSON
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| AMENDED CASE MANAGEMENT SCHEDULING ORDER | | |
|---|---|---|
| Event | Prior Date (ECF 37) | Continued Date |
| Deadline to File Plaintiffs' Motion for Class Certification | Friday, March 10, 2023 | **Thursday, July 6, 2023** |
| Deadline to Complete Depositions & Document Production for Plaintiffs' Experts who Submit Declarations in Support of Class Certification | Monday, April 11, 2023 | **Monday, August 7, 2023**<br><br>[Approx. 30 days after filing motion for class certification] |
| Deadline to File Defendant's Opposition and any related *Daubert* motions to Plaintiffs' Motion for Class Certification | Wednesday, May 10, 2023 | **Thursday, September 7, 2023**<br><br>[Approx. 60 days after filing motion for class certification] |
| Deadline to Complete Depositions & Document Production for Defendant's Expert(s) who Submit(s) Declaration(s) in Opposition to Class Certification | Friday, June 9, 2023 | **Monday, October 9, 2023**<br><br>[Approx. 30 days after filing opposition to motion for class certification] |
| Deadline to File Plaintiffs' Reply to Defendant's Opposition to Class Certification and File Opposition to Defendant's related *Daubert* motions | Tuesday, August 8, 2023 | **Thursday, December 7, 2023**<br><br>[Approx. 60 days after filing opposition to motion for class certification] |
| Deadline to File Defendant's Opposition to Plaintiffs' *Daubert* motions | Thursday, September 7, 2023 | **Tuesday, January 9, 2024**<br><br>[Approx. 30 days after filing Plaintiff's *Daubert* motions] |
| Deadline to File Plaintiff and Defendant's Reply to *Daubert* motions | Thursday, September 21, 2023 | **Tuesday, January 23, 2024**<br><br>[Approx. 14 days after Defendant's opposition to Plaintiff's *Daubert* motions] |
| Class Certification Hearing | Thursday, October 26, 2023, at 10:00 a.m. | **Thursday, February 22, 2024 at 10:00 a.m.**<br><br>[Approx. 30 days after Briefing Complete] |

| AMENDED CASE MANAGEMENT SCHEDULING ORDER | | |
|---|---|---|
| **Event** | **Prior Date (ECF 37)** | **Continued Date** |
| Deadline for Parties to Submit Joint Report re: Further Scheduling Order | 21 days after Court's Ruling on Class Certification | 21 days after Court's Ruling on Class Certification |