UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, et al., <br>             Plaintiffs, <br>    v. <br> FOR LIFE PRODUCTS, LLC, <br>             Defendant. | Case No. 21-cv-01147-TSH <br><br> **STATUS ORDER** |

The Court has been informed that the parties in the above-entitled action have reached a settlement in principle. ECF No. 65. Accordingly, the Court **VACATES** all pending deadlines and hearings related to this matter and administratively terminates all pending motions, with the exception of Plaintiffs' pending motion to file under seal (ECF No. 49). A status conference shall take place on October 31, 2024 at 10:00 a.m. The parties shall file a joint status report by October 24, 2024.

**IT IS SO ORDERED.**

Dated: August 13, 2024

THOMAS S. HIXSON
United States Magistrate Judge